UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SELMA McCORD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDUARDO JANY, et al.,<br><br>    Defendants. | Case No.  C05-1355L<br><br>ORDER ON UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND FOR DISTRIBUTION BY THE PROBATE COURT |

    This matter comes before the Court on plaintiff's "Unopposed Motion for Approval of Settlement and for Distribution by the Probate Court" (Dkt. # 15).  Having reviewed the record, the Court hereby GRANTS the unopposed motion to approve the settlement.  The Court has been apprised that the settlement amount will be transferred to the Pierce County Superior Court and distributed pursuant to the rules thereof.

    DATED this 4th day of January, 2006.

                                       /s/ Robert S. Lasnik
                                       Robert S. Lasnik
                                       United States District Judge

ORDER ON UNOPPOSED MOTION FOR
APPROVAL OF SETTLEMENT AND FOR
DISTRIBUTION BY THE PROBATE
COURT